In the Matter of the Proceeding of the COMMON COUNCIL OF THE CITY OF NORTH TONAWANDA, NEW YORK,·Respondent, to Extend Bryant Street across the Right of Way of the ERIE RAILROAD COMPANY, Appellant.— Writ of certiorari dismissed and order and resolution of common council affirmed, with fifty dollars costs and disbursements. All concur.

J. F. LEARY CONSTRUCTION COMPANY, INC., Respondent, v. WHITNEY ELEVATOR AND WAREHOUSE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

MARY C. WRIGHT, Respondent, v. EMPIRE STATE RAILROAD CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES J. SHELANSKY, Appellant, v. WALKER D. HINES, as Director-General of Railroads, Respondent.— Order affirmed, with costs. All concur.

NELLIE F. BLIVEN, Respondent, v. MARGARET V. LIGHTHOUSE and Others, as Executors, etc., of JOHN C. LIGHTHOUSE, Deceased, Appellants.— Judgment affirmed, with costs. All concur, except Lambert and De Angelis, JJ., who dissent upon the grounds: 1. That the finding of fact that the January contract was modified and amended by the sale alleged to have been made in May is destitute of evidence to support the finding. 2. That the evidence conclusively establishes the fact that the parties abandoned the contract of January seventeenth. 3. That upon the pleadings and proof a case has not been established authorizing any recovery.

MERRITT H. COOK, Appellant, v. LOUIS ENGEL, JR., Respondent.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. BICKFORD, Appellant.— Judgment of conviction and order affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICOLA CAPOZZI, Appellant.— Judgment of conviction and order affirmed. All concur.

THE PETTEBONE-CATARACT PAPER COMPANY, Respondent, v. .ERIE RAILROAD COMPANY and Another, Appellants.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN MILLS COMPANY, Respondent, v. LEWIS D. COLLINS and Others, as Members of and Comprising the Board of Education of Union Free School District No. 2, of Batavia, Genesee County, New York, Appellants.— Order affirmed, with costs, upon the opinion of Wheeler, J., delivered at Special Term. [Reported in 109 Misc. Rep. 1.] All concur.

INEZ R. HARTLEY, Respondent, v. JAMES MYRON RINGER, Appellant.— Judgment and order affirmed, with costs. All concur, Clark, J., not sitting.